UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-673-CIV-MARTINEZ/DUBÉ

SHELYNDRA BROWN,

    Plaintiff,

v.

JEB BUSH, et. al.,

    Defendants.
_____/



## ORDER ON MOTIONS

THIS CAUSE is before the Court on various motions filed by the parties related to depositions scheduled for September 18 and 19, 2003. After reviewing the motions and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

(1) The Motion to Quash Subpoenas Duces Tecum of Pat W. Wear, II and Notice of 30(b)(6) Deposition Duces Tecum of the Advocacy Center (D.E. #232) is **DENIED**. See, Rule 45(c)(3)(A), Federal Rules of Civil Procedure; Appendix A, Section II C(3), Local Rules of the United States District Court for the Southern District of Florida. Furthermore, even if properly before this Court, there is no basis for the broad relief requested. This ruling is without prejudice to the deponents to raise privilege or work product claims directed to specific questions during the depositions. Additionally, any continuing dispute as to privilege or work product may be brought to this Court by proper motion following the depositions.

(2) The Emergency Motion for a Protective Order to Stay Deposition Pending Ruling on the Motion to Quash filed by the Plaintiff on September 15, 2003 is **DENIED**.

241
bb

(3) The Defendants' Emergency Request for a Ruling on the Motion to Quash and the Defendants' Request for Telephonic Hearing filed on September 16, 2003 are **DENIED as MOOT.**

(4) This Court notes that the response filed by the Defendants indicates that some of the issues related to the scope of the depositions could have been resolved by prior discussion of counsel. **The Court urges counsel to meet and confer prior to the depositions in an attempt to resolve as many outstanding issues as possible and to eliminate the need for future judicial intervention. Counsel are advised that the lack of good faith cooperation and communication will result in the imposition of sanctions.**

**DONE AND ORDERED** this ___17th___ day of September, 2003.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
    Attached Service List (via fax)

2

## SERVICE LIST

### Brown v. Bush, et. al.,
### Case No. 98-673-CIV-MARTINEZ/DUBÉ

Hubert A. Grissom, Jr., Esq.
1000 N. Ashley Drive
Suite 513
Tampa, FL 33602

Isaias Ortiz, Esq.
2901 Stirling Road
Suite 206
Fort Lauderdale, FL 33312

Stephanie A. Daniel, Esq.
Office of the Attorney General
The Capitol
Suite PL-01
Tallahassee, FL 32399

Thomas P. York, Esq.
112 Market Street
8th Floor
Harrisburg, PA 17101

Mark Dubin, Esq.
United States Department of Justice
Civil Rights Division
1425 New York Avenue, N.W.
Room 4002
Washington, D.C. 20005

Veronica Harrell-James, Esq.
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL 33132